UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 18CR4400-BAS |
|---|---|---|
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |
| v. | ) ) | |
| MANUEL APARICIO ORELLANA-LOZANO, | ) ) ) | |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 6, 2018

_____
HONORABLE CYNTHIA BASHANT
United States District Judge